THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TIM NAUMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GENERAL MOTORS LLC, a Delaware limited liability company,<br><br>Defendant. | Case No. 3:21-cv-05150<br><br>**NOTICE OF DISMISSAL** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Tim Nauman and General Motors LLC ("GM") stipulate to the dismissal of this action with prejudice, with each party to bear their own fees and costs.

Dated this 5th day of May, 2022.

*/S/ Kim D. Stephens*
Kim D. Stephens, WSBA #11984
Kaleigh Powell, WSBA #52684
TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
Telephone: 206-682-5600
kstephens@tousley.com
kpowell@tousley.com

NOTICE OF DISMISSAL

**TOUSLEY BRAIN STEPHENS PLLC**
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

Adam J. Levitt (pending pro hac vice)
John E. Tangren (pending pro hac vice)
Daniel R. Ferri (pending pro hac vice)
DICELLO LEVITT GUTZLER LLC
Ten North Dearborn Street, 11th Floor
Chicago, Illinois 60602
Telephone: 312-214-7900
alevitt@dicellolevitt.com
jtangren@dicellolevitt.com
dferri@dicellolevitt.com


W. Daniel "Dee" Miles, III (admitted pro hac vice)
H. Clay Barnett, III (admitted pro hac vice)
J. Mitch Williams (admitted pro hac vice)
BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.
272 Commerce Street
Montgomery, Alabama 36104
Telephone: 334-269-2343
Dee.Miles@BeasleyAllen.com
Clay.Barnett@BeasleyAllen.com
Mitch.Williams@BeasleyAllen.com

*Counsel for Plaintiff and the Proposed Class*


/s/ *Jennifer L. Campbell*
Jennifer L. Campbell, WSBA #31703
SCHWABE, WILLIAMSON & WYATT, P.C.
1420 5th Avenue, Suite 3400
Seattle, WA  98101-4010
Telephone: 206-689-3052
jcampbell@schwabe.com


Kathleen Taylor Sooy *(pending pro hac vice)*
April N. Ross *(pending pro hac vice)*
Rachel P. Raphael (*pending pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Avenue NW
Washington, District of Columbia 20004
Telephone: 202-624-2500
ksooy@crowell.com
aross@crowell.com
rraphael@crowell.com

*Counsel for General Motors LLC*

NOTICE OF DISMISSAL

TOUSLEY BRAIN STEPHENS PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington  98101
TEL. 206.682.5600 • FAX 206.682.2992

## **ORDER**

THEREFORE, IT IS HEREBY ORDERED that, pursuant to the Parties' stipulation, this action is dismissed with prejudice.

Dated this 6th day of May, 2022.

*[signature]*

BENJAMIN H. SETTLE
United States District Judge

Presented by:

*/S/ Kim D. Stephens*
Kim D. Stephens, WSBA #11984
Kaleigh Powell, WSBA #52684
TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
Telephone: 206-682-5600
kstephens@tousley.com
kpowell@tousley.com


Adam J. Levitt (pending pro hac vice)
John E. Tangren (pending pro hac vice)
Daniel R. Ferri (pending pro hac vice)
DICELLO LEVITT GUTZLER LLC
Ten North Dearborn Street, 11th Floor
Chicago, Illinois 60602
Telephone: 312-214-7900
alevitt@dicellolevitt.com
jtangren@dicellolevitt.com
dferri@dicellolevitt.com


W. Daniel "Dee" Miles, III (admitted pro hac vice)
H. Clay Barnett, III (admitted pro hac vice)
J. Mitch Williams (admitted pro hac vice)
BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.

ORDER OF DISMISSAL - 3

TOUSLEY BRAIN STEPHENS PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

272 Commerce Street
Montgomery, Alabama 36104
Telephone: 334-269-2343
Dee.Miles@BeasleyAllen.com
Clay.Barnett@BeasleyAllen.com
Mitch.Williams@BeasleyAllen.com

*Counsel for Plaintiff and the Proposed Class*

/s/*Jennifer L. Campbell*
Jennifer L. Campbell, WSBA #31703
SCHWABE, WILLIAMSON & WYATT, P.C.
1420 5th Avenue, Suite 3400
Seattle, WA 98101-4010
Telephone: 206-689-3052
jcampbell@schwabe.com

Kathleen Taylor Sooy *(pending pro hac vice)*
April N. Ross *(pending pro hac vice)*
Rachel P. Raphael (*pending pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Avenue NW
Washington, District of Columbia 20004
Telephone: 202-624-2500
ksooy@crowell.com
aross@crowell.com
rraphael@crowell.com


*Counsel for General Motors LLC*

ORDER OF DISMISSAL - 4

**TOUSLEY BRAIN STEPHENS PLLC**
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992